UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JOSHUA NEFF,<br><br>        Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>        Defendant. | No.   1:14-CV-3090-VEB<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is DENIED.  The matter is **REMANDED** for additional proceedings.  Judgment is entered for Plaintiff.

DATED:  May 11, 2015

                                        SEAN F. McAVOY
                                        Clerk of Court

                                        By: *s/Karen White*
                                              Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**